

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN THE INTEREST OF: | § | No. 08-22-00027-CV |
|  | § | Appeal from the |
| C.A.S., Jr. and S.E.R.S., | § | 109th District Court |
| Minor Children. | § | of Andrews County, Texas |
|  | § | (TC# 21,851) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. *See* TEX.R.APP.P. 43.5. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 2ND DAY OF JUNE, 2022.

JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.